THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCRANTON PRODUCTS, INC.,

    Plaintiff,

v.      3:14-CV-00853
    (JUDGE MARIANI)

BOBRICK WASHROOM
EQUIPMENT, INC.,

    Defendant.

## ORDER

AND NOW, THIS 8th DAY OF DECEMBER, 2016, upon consideration of the parties' supplemental submissions as directed by the Court in a June 3, 2016 Order, (Docs. 194,195), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Request for Reconsideration of the June 3, 2016 Order, (Doc. 194), is **DENIED**.

2. Defendant's Motion to Supplement Briefing Regarding Bobrick's Request For Production or *In Camera* Review of Communications Surrounding Scranton Products July 11, 2013 Telephone Call to Mark Louchheim, (Doc. 195), is **GRANTED IN PART AND DENIED IN PART** as set forth in the Court's accompanying memorandum opinion.

3. Plaintiff is hereby **DIRECTED** to submit for *in camera* review redacted and unredacted copies of the documents listed in Exhibit 1 to Bobrick's Motion within **seven (7) days of the date of this Order**. (Doc. 195-1). Plaintiff may submit a

brief letter, with supporting documentation, identifying why each of the documents at issue is protected from disclosure.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge