THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCRANTON PRODUCTS, INC., | : |
| Plaintiff, | : |
| v. | : 3:14-CV-00853 |
| | : (JUDGE MARIANI) |
| BOBRICK WASHROOM EQUIPMENT, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 16th DAY OF DECEMBER, 2016, upon consideration of Defendant Bobrick Washroom Equipment Inc.'s Motion for Leave to File an Amended Answer With Counterclaims, (Doc. 213), and all briefs and exhibits filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion, (Doc. 213), is **GRANTED**.

2. Within **seven (7) days** of the date of this Order Defendant shall file an unredacted version of its Amended Answer with Counterclaims under seal and a redacted version of its Amended Answer with Counterclaims on the public docket.

_____
Robert D. Mariani
United States District Judge