THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCRANTON PRODUCTS, INC., : | |
| : | |
| **Plaintiff/** : | |
| **Counterclaim Defendant,** : | |
| v. : | 3:14-CV-00853 |
| : | (JUDGE MARIANI) |
| BOBRICK WASHROOM : | |
| EQUIPMENT, INC., : | |
| : | |
| **Defendant/** : | |
| **Counterclaim** : | |
| **Plaintiff** : | |

## ORDER

**AND NOW, THIS 10th DAY OF FEBRUARY, 2017,** upon consideration of Plaintiff/Counterclaim Defendant Scranton Products Inc.'s Motion for Voluntary Dismissal With Prejudice, (Doc. 233), and all documents filed in support and in opposition to the Motion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff/Counterclaim Defendant Scranton Products Inc.'s Motion for Voluntary Dismissal With Prejudice, (Doc. 233), is **GRANTED**.

2. Plaintiff/Counterclaim Defendant Scranton Products Inc.'s Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**.

3. Within **seven (7) days of the date of this Order** the parties shall file a joint stipulation to amend the caption to reflect Scranton Product's voluntary dismissal of its claims.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge