# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC. : | |
| Plaintiff, : | |
| v. : | 3:14-CV-00853 |
| : | (JUDGE MARIANI) |
| SCRANTON PRODUCTS, INC. : | |
| Defendant. : | |

## ORDER

AND NOW, THIS 3rd DAY OF MARCH 2017, IT IS HEREBY ORDERED **THAT**: Defendant's request to uphold certain of its Attorneys Eyes Only designations which Plaintiff has challenged, (Doc. 200), is **GRANTED**.

_____
Robert D. Mariani
United States District Judge