# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC. : | |
| Plaintiff, : | |
| v. : | 3:14-CV-00853 |
| : | (JUDGE MARIANI) |
| SCRANTON PRODUCTS, INC. : | |
| Defendant. : | |

## ORDER

**AND NOW, THIS 8TH DAY OF MARCH 2017,** upon consideration of Plaintiff's Motion to Modify Protective Order, (Doc. 203), **IT IS HEREBY ORDERED THAT**: Plaintiff's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge