THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBRICK WASHROOM
EQUIPMENT, INC.

    Plaintiff,

v.

SCRANTON PRODUCTS, INC.

    Defendant.

3:14-CV-00853
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 16th DAY OF MAY 2017, upon consideration of Defendant's Partial Motion to Dismiss with Prejudice, (Doc. 324), **IT IS HEREBY ORDERED THAT**:

Defendant's Motion, (Doc. 324), is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge