THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC. | : | |
| Plaintiff, | : | |
| v. | : | 3:14-CV-00853 (JUDGE MARIANI) |
| SCRANTON PRODUCTS, INC. | : | |
| Defendant. | : | |

FILED
SCRANTON
JUN -1 2017
PER /s/
DEPUTY CLERK

<u>ORDER</u>

The background of this Order is as follows: on April 28, 2017 Plaintiff Bobrick Washroom Equipment, Inc. filed a Motion to Compel Defendant Scranton Products, Inc. to Withdraw Objections to Production of Documents Responsive to Bobrick's Subpoenas. (Doc. 329). In its Motion, Bobrick also asks the Court to review the approximately 288 withheld documents *in camera*. Scranton Products "has no objection to *in camera* review." (Doc. 354, at 27).

AND NOW, THIS 1st DAY OF JUNE 2017, IT IS HEREBY ORDERED THAT: within **seven (7) days of the date of this Order**, Scranton Products shall submit two (2) copies of the documents identified on its privilege logs for the Court's *in camera* inspection.

Robert D. Mariani
United States District Judge