THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC. | : |
| Plaintiff, | : |
| v. | : 3:14-CV-00853 |
| | : (JUDGE MARIANI) |
| SCRANTON PRODUCTS, INC. | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 23rd DAY OF AUGUST 2017, IT IS HEREBY ORDERED

**THAT**: Scranton Products' request to designate certain information in the Washington Penn Plastics' production and Jungbluth deposition as AEO, despite being untimely under the Modified Stipulated Protective Order, is **GRANTED**. Scranton Products has demonstrated "excusable neglect" warranting a modest extension of the deadlines.

Robert D. Mariani
United States District Judge