## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBRICK WASHROOM
EQUIPMENT, INC.,

             Plaintiff,

v.

SCRANTON PRODUCTS INC.,

             Defendant.

Civil Action No. 3:14-CV-00853-RDM
Hon. Robert D. Mariani

## ORDER

**AND NOW**, this $9th$ day of September, 2017, upon consideration of the

parties' request for a stay of discovery and motion practice pending resolution of

their Joint Motion to Approve Settlement Agreement and Retain Jurisdiction to

Enforce Settlement (the "Joint Motion to Approve"), it is hereby **ORDERED** that:

1.     All discovery in this matter and motion practice unrelated to the

Settlement Agreement and Mutual General Release is hereby **STAYED**;

2.     The stay shall be automatically lifted ten (10) business days after the

Court has issued a final ruling on the Joint Motion to Approve;

3.     In the event that the Court issues a final ruling denying the Joint

Motion to Approve, within ten (10) business days after such denial, the parties

shall meet and confer regarding extensions of discovery deadlines and shall file

with the Court a joint request regarding an extension of all case management

1

deadlines under the scheduling order of August 15, 2017 (Dkt. No. 400) (for

example, by requesting that all case management deadlines be extended by the

amount of time that the stay remained in effect).

SO ORDERED.

Hon. Robert D. Mariani
United States District Judge