IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBRICK WASHROOM EQUIPMENT, INC.,

    Plaintiff,

v.

SCRANTON PRODUCTS, INC.,

    Defendant.

3:14-CV-00853
(Judge Mariani)

## ORDER

**AND NOW, THIS 6TH DAY OF MARCH, 2018**, upon consideration of Petitioner Travelers Property Casualty Company of America's Motion to Intervene (Doc. 421), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge