UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBRICK WASHROOM EQUIPMENT, INC.,

    Plaintiff,

v.

SCRANTON PRODUCTS, INC.,

    Defendant.

CIVIL ACTION NO. 3:14-CV-853
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 20th DAY OF FEBRUARY 2020**, upon consideration of Bobrick Washroom Equipment Inc.'s Motion to Strike and for a Protective Order (Doc. 465) and related documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Bobrick Washroom Equipment Inc.'s Motion to Strike and for a Protective Order (Doc. 465) is **GRANTED as MODIFIED**;

2. Scranton Products, Inc. is **DIRECTED** to file an amended response to Bobrick Washroom Equipment, Inc.'s Motion to Enforce Settlement Agreement (Doc. 452) omitting all matter stricken from Scranton Products Inc.'s Response to Bobrick Washroom Equipment, Inc.'s Motion to Enforce Settlement Agreement (Doc. 453) as set out in the Memorandum Opinion **within seven (7) days of the date of this Order**;

3. Bobrick Washroom Equipment Inc. is **DIRECTED** to file an amended Reply to New Matter **within fourteen (14) days of the date of this Order**;

4. Scranton Products shall not seek discovery into settlement-related matters or raise such matters in any future filing in this Court.

_____
Robert D. Mariani
United States District Judge