UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., | : <br> : <br> : CIVIL ACTION NO. 3:14-CV-853 |
| Plaintiff, | : (JUDGE MARIANI) |
| v. | : |
| SCRANTON PRODUCTS, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS EIGHTH DAY OF APRIL 2020,** for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERD THAT**:

1. Defendant's request to bifurcate Enforcement Motion proceedings is **DENIED**;

2. A telephonic Enforcement Motion Management Conference shall be held on **Friday, April 17, 2020, at 11:30 a.m.**;

3. At least three days prior to the telephonic Enforcement Motion Management Conference, Counsel for the plaintiff shall provide the Court, via e-filing, a call-in number which the Court, Court Reporter, and all counsel of record may call to connect to the conference call.

_s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge