UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., | : <br> : <br> : CIVIL ACTION NO. 3:14-CV-853 |
| Plaintiff, | : (JUDGE MARIANI) <br> : |
| v. | : <br> : |
| SCRANTON PRODUCTS, INC., | : <br> : |
| Defendant. | : <br> : |

## ORDER

AND NOW, THIS **11th** DAY OF SEPTEMBER 2020, upon consideration of the issue of whether the independent auditor in this case, James E. Swetz, Esquire, should be ordered to release information about his audit in addition to his Summary of Audit Findings issued on May 26, 2020 (Doc. 512-1) raised in Bobrick's June 23, 2020, correspondence (Doc. 512) and opposed in Scranton's June 25, 2020, correspondence (Doc. 513), for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff Bobrick Washroom Equipment, Inc., is not entitled to receive from Mr. Swetz the Table now requested.

Robert D. Mariani
United States District Judge