**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BOBRICK WASHROOM EQUIPMENT, :
INC., :
           : CIVIL ACTION NO. 3:14-CV-853
    Plaintiff,   : (JUDGE MARIANI)
           :
    v.       :
           :
SCRANTON PRODUCTS, INC., :
           :
    Defendant.  :
           :

## ORDER

**AND NOW, THIS ___14th___ DAY OF JANUARY 2021,** in an effort to determine the appropriate duration of the filing injunction imposed by the Court's November 17, 2020, Order (Doc. 538), and the most efficient resolution of the pending matters affected by the injunction, i.e., "Bobrick Washroom Equipment, Inc.'s Second Motion to Enforce Settlement Agreement" (Doc. 529), "Scranton Products, Inc.'s Motion to Dismiss or, in the Alternative, to Strike Bobrick Washroom Equipment, Inc.'s Second Motion to Enforce Settlement Agreement" (Doc. 531), and "Scranton Products, Inc.'s Motion for Expedited Relief to Stay Proceedings on Bobrick Washroom Equipment, Inc.'s Second Motion to Enforce Settlement Agreement Pending Resolution of Scranton Products, Inc.'s Motion to Dismiss or, Alternatively, Exhaustion of Mandatory Cure Period" (Doc. 533), **IT IS HEREBY ORDERED THAT:**

1. Because the three-month cure period provided for in the parties' Settlement Agreement expired on December 23, 2020, (see Doc. 532 at 9), Bobrick

Washroom Equipment, Inc., ("Bobrick") shall inform the Court on or before January 20, 2021, whether it wishes to stand on its Second Motion to Enforce Settlement Agreement (Doc. 529) as filed on November 6, 2020, or file an amended enforcement motion;

2. Bobrick's response shall be filed on the docket and shall not exceed two pages;

3. Following receipt of Bobrick's election, the Court will issue an Order addressing the injunction imposed on November 17, 2020, which remains in effect and will set out an appropriate briefing schedule.

Robert D. Mariani
United States District Judge