THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., | : |
| | : |
| | : CIVIL ACTION NO. 3:14-CV-853 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| SCRANTON PRODUCTS, INC., | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS** \_\_\_30th\_\_\_ **DAY OF JULY 2021,** for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Scranton Products, Inc.'s Motion for Judgment on the Pleadings on Bobrick Washroom Equipment, Inc.'s Amended Second Motion to Enforce Settlement Agreement (Doc. 564) is **DENIED**;

2. Scranton Products, Inc.'s Motion for Leave to File Amended Responses to the First and Second Motions to Enforce (Doc. 598) is **DENIED**;

3. Scranton Products, Inc.'s Motion for Summary Judgment (Doc. 599) is **DENIED**;

4. Scranton Products, Inc.'s Motion to Stay Discovery Pending Resolution of Its Motion for Summary Judgment (Doc. 603) is **DEEMED MOOT**;

5. Bobrick Washroom Equipment, Inc.'s Motion to Strike Scranton Products, Inc.'s (1) Motion for Summary Judgment and (2) Motion to Stay Discovery (Doc. 615) is **DEEMED MOOT**;

6. Scranton Products, Inc.'s Motion to Add Exhibits Reflecting Redline of Changes Made to Scranton's Motion for Leave to File Amended Responses (Doc. 617) is **DEEMED MOOT**;

7. Bobrick Washroom Equipment, Inc.'s Motion for an Extension of Time to Respond to Scranton Products, Inc.'s (1) Motion for Summary Judgment and (2) Motion to Amend Responses (Doc. 618) is **DEEMED MOOT**.

_____
Robert D. Mariani
United States District Judge