THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBRICK WASHROOM EQUIPMENT, INC.,** : | |
| : | |
| Plaintiff, : | **CIVIL ACTION NO. 3:14-CV-853** |
| : | **(JUDGE MARIANI)** |
| v. : | |
| : | |
| **SCRANTON PRODUCTS, INC.,** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW, THIS 8th DAY OF AUGUST 2023,** upon consideration of Bobrick Washroom Equipment, Inc.'s Third Motion to Enforce Settlement Agreement (Doc. 704) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Bobrick Washroom Equipment, Inc.'s Third Motion to Enforce Settlement Agreement (Doc. 704) is denied for lack of jurisdiction as to Bobrick's alleged breach based on Scranton Products' refusal to amend the Customer Letter and Bobrick's alleged breach based on the format of Scranton Products' Color Selection Form;

2. The motion will go forward as to Bobrick's alleged breach based on Scranton Products' statements concerning fire ratings of bathroom partitions in its marketing materials.

Robert D. Mariani
United States District Judge