# BakerHostetler

Baker&Hostetler LLP

1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

February 12, 2024

Carl W. Hittinger
direct dial: 215.564.2898
chittinger@bakerlaw.com

**VIA ECF**

Hon. Robert D. Mariani
U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:   *Bobrick Washroom Equipment, Inc. v. Scranton Products, Inc.*,
       *No. 3:14-CV-00853-RDM*

Dear Judge Mariani:

     We write to inform Your Honor that the parties met and conferred and have agreed on a schedule for Bobrick's Third Enforcement Action. Dkt. 704. A proposed order setting forth that schedule is attached hereto.

Hon. Robert D. Mariani
February 12, 2024
Page 2

                                          Respectfully submitted,

                                          Carl W. Hittinger

cc:     All counsel of record