UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bobrick Washroom Equipment, Inc., *Plaintiff*, v. Scranton Products, Inc., *Defendant*. | Civil Action No. 3:14-CV-00853-RDM<br>Hon. Robert D. Mariani |

## SPECIAL MASTER DISCOVERY ORDER NO. 6

On May 9, 2024, counsel for Bobrick Washroom Equipment, Inc. ("Bobrick") and counsel for Scranton Products, Inc. ("Scranton Products") participated in a hearing via conference call. The purpose of this Order is to set forth orders consistent with the rulings made on the record during that hearing.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Scranton Products shall produce non-privileged documents by May 31, 2024 that meet the below criteria:

    a. Emails that hit on the following search string: ("Class B" OR "Class A" OR E84 OR "E-84") w/10 "fire rated". This search is limited to emails dated from April 20, 2022 through the present, and from the agreed-upon custodians: Rob Donlon; SPSupport@azekco.com; Scott Van Winter; Greg Borgia.

1

    b. Emails that hit on the following search string: ("Class B" OR "Class A" OR E84 OR "E-84"). This search is limited to unique search term hits in emails dated from April 20, 2022 through the present, and from the following agreed-upon custodian: Scott Van Winter. To be clear, these unique hits are identified in Cells E10, E11, E12, and E13 in the search term hit report Scranton Products supplied the Special Master on May 3, 2024.

2. Scranton Products shall produce non-privileged documents by May 31, 2024 that meet the following criteria:

    a. Emails that hit on the following search string: ("Class B" OR "Class A" OR E84 OR "E-84"). This search is limited to unique search term hits in emails dated from April 20, 2022 through the present, and from the following agreed-upon custodian: Greg Borgia. To be clear, these unique hits are identified in Cells E2, E3, E4, and E5 in the search term hit report Scranton Products supplied the Special Master on May 3, 2024.

3. These document productions will include associated metadata identified by Bobrick on page 5-6, paragraph 22 of its December 28, 2023 Document Requests.

4. In addition to the five fact depositions allotted by Judge Mariani in his February 15, 2024 scheduling order (Dkt. 755), both parties are afforded an additional half-day deposition.

5. Unless otherwise ordered for good cause shown, Bobrick is precluded from conducting more than one deposition of any Scranton Products witness, and Scranton Products is precluded from conducting more than one deposition, including a deposition formerly noticed but later cancelled, of any Bobrick witness.

*/s/ Thomas I. Vanaskie*
Thomas I. Vanaskie
Special Master
