# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bobrick Washroom Equipment, Inc., *Plaintiff* v. Scranton Products, Inc., *Defendant* | Civil Action No. 3:14-CV-00853-RDM Hon. Robert D. Mariani |

## AFFIDAVIT OF WILLIAM FITCH

1. I, William Fitch, declare as follows:

2. I am a licensed Professional Engineer in the states of Florida and Texas.

3. I am also a non-litigation consultant for Bobrick on fire testing issues.

4. I am not familiar with Scranton Products, Inc.'s marketing and advertising of toilet partitions as "E84," "Class A," or "Class B" compliant.

5. I was not involved in the decision to bring the Third Enforcement Action against Scranton Products, and have not been involved in any discussions or decisions concerning the Third Enforcement Action.

6. I do not intend to testify at the evidentiary hearing on Bobrick's Third Enforcement Action.

7. I therefore do not have information relevant to the Third Enforcement Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2024 in Ft. Lauderdale, Florida.

/s/ *William Fitch*
William Fitch

2