# BakerHostetler

Baker & Hostetler LLP

1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501

T  215.568.3100
F  215.568.3439
www.bakerlaw.com

June 14, 2024

Carl W. Hittinger
direct dial: 215.564.2898
chittinger@bakerlaw.com

**VIA ECF**

Hon. Robert D. Mariani
U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:   *Bobrick Washroom Equipment, Inc. v. Scranton Products, Inc.*,
        *No. 3:14-CV-00853-RDM*

Dear Judge Mariani:

      We have received Scranton Product's Reply Brief (Dkt. 798) on its Motion for a Status Conference (Dkt. 794) that was filed late last night.  Bobrick had previously responded to Scranton Products' Motion (Dkt. 795) and suggested that if Your Honor believed a status conference was necessary that a convenient time for one would be the week of July 8th when all the parties and counsel will be in Scranton taking the in-person depositions of the experts and Bobrick's designee in the federal courthouse under Judge Vanaskie's direction. The depositions were scheduled that week at Judge Vanaskie's direction as an accommodation to my scheduled pre-paid vacation with my family that is out of the country.

      In Scranton Products' reply brief, counsel is now suggesting that any status conference with Your Honor be conducted while I am on that

Hon. Robert D. Mariani
June 14, 2024
Page 2

family vacation and unavailable, which would be prejudicial to my client. A status conference held the week of July 8th if deemed necessary by the Court would not be prejudicial to the parties since our pre-hearing briefs are not due until July 18 and the hearing is scheduled for July 25.

                                      Respectfully submitted,

                                      Carl W. Hittinger

cc: Steven Grimes, Esq.
    Frank Battaglia, Esq.
    Honorable Thomas I. Vanaskie (Ret.)