## EXHIBIT LIST

Case Caption: Bobrick Washroom v Scranton Products    Case No. 14-CV-853

Date: 7-25-24    Type of Proceeding: Evidentiary Hearing

| Plaintiff- Bobrick Washroom (BW) | Dft. Scranton Product (SP) | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| BW48 | | Koffel Expert Report | | | | Koffel |
| BW8 | | Customer Letter | | | X | |
| BW67 | | Scranton Product Letter | | | | |
| BW15 | | Aria Partitions Color Options | | | X | Koffel |
| BW30 | | Emails (not admitted) | | | | Koffel, Borgia |
| BW18 | | Scranton Proprietary Specifications | | | X | Koffel, Wheeler |
| BW24 | | Partition Specifications | | | | Koffel, Donlon |
| BW16 | | SP Color Visualizer | | | X | |
| BW17 | | SP Color Options | | | X | |
| BW45 | | SP Website Brochure | | | X | Wheeler |
| BW46 | | Color Brochure | | | X | Wheeler |
| BW36 | | Emails - SP Customer Communication | | | | Koffel, Donlon |
| | SP1 | Settlement Agreement | | | X | Koffel, Donlon |
| | BW8 | Customer Letter | | | X | Koffel, Donlon |
| | BW31 | Letter | | | | Koffel, Donlon |
| BW7 | | Settlement Agreement | | | X | Gettelman |
| BW5 | | Donlon Declaration / Index | | | X | Donlon |
| BW6 | | Scranton Supp RO to Bobrick's 1st Rogs | | | | |
| BW37 | | SP-3EA_03665 | | | | |
| BW3 | X | Motion Enforce Settlement | | | X | Donlon |

Page 1 of 2

# EXHIBIT LIST

Case Caption: Bobrick Washroom v Scranton Products  
Date: 7-25-24

Case No. 14-CV-853  
Type of Proceeding: Evidentiary Hearing

| Plaintiff- Bobrick Washroom (BW) | Dft. Scranton Product (SP) | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| BW40 | | SP-3EA 000009b-105 | | | | Donlon |
| BW41 | | SP-3EA - 01634 | | | | |
| | SP2 | Bobrick Notice of Breach | | | x | |
| | SP3 | 3rd Motion to Enforce Settlement | | | x | |
| | SP5 | 8/8/23 Memo Opinion on BW 3rd Mtn Enf. Settlement | | | | |
| | SP10 | SP-3EA - 00025-32 | | | x | |
| | SP11 | Eclipse Color Visualizer | | | x | |
| | SP12 | Modified Color Visualizer | | | x | |
| | SP17 | Donlon Demonstrative | | | | |
| | SP13 | Revised Customer Order | | | x | |
| | SP14 | Shipping Invoice | | | x | |
| | SP9 | Exhibit Website "NOTFOUND" | | | x | |
| BW38 | | ENN-3EM- 000009b-105 | | | | |
| BW39 | | SP-3EA - 01634 | | | | Donlon |
| | SP19 | Wheeler Demonstrative | | | | Wheeler |
| BW62 | | IBC Codes & Commentary - 2012 | | | | Koffel |
| BW63 | | IBC Codes & Commentary - 2015 | | | | Koffel |

Page 2 of 2