# BakerHostetler

**Baker & Hostetler LLP**

1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

September 8, 2025

Carl W. Hittinger
direct dial: 215.564.2898
chittinger@bakerlaw.com

**VIA ECF**

Hon. Robert D. Mariani
U.S. District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re:   *Bobrick Washroom Equipment, Inc. v. Scranton Products, Inc.,*
       No. 3:14-CV-853-RDM

Dear Judge Mariani:

    We write to follow up on Bobrick's August 13, 2025 letter to the Court concerning The AZEK Company, Inc.'s sale of Scranton Products' stock to Plastic Partitions Buyer Corporation, an affiliate of Sky Island Capital. Dkt. 825. We also write to respond to Scranton Products' August 14, 2025 letter. Dkt. 826.

    Bobrick respectfully requests a telephone conference with the Court to discuss: (i) the identity of the designated corporate representative at Plastic Partitions Buyer Corporation and Sky Island Capital to contact about breaches of the Settlement Agreement[1]; (ii) the identity of legal counsel that represents Plastic

---

[1] *See* Dkt. 435 at ¶ 138 (Settlement Agreement is binding on Scranton Products' and CPG's (AZEK) successors, assigns, and affiliates, including Plastic Partitions Buyer Corporation and Sky Island Capital, which are now also liable for breaches of the Settlement Agreement).

The Honorable Robert D. Mariani
September 8, 2025
Page 2

Partitions Buyer Corporation and Sky Island Capital for breaches of the Settlement Agreement[2]; and (iii) whether there is an indemnification provision in the Stock Purchase Agreement concerning the sale of Scranton Products pursuant to which The AZEK Company is obligated to indemnify Plastic Partitions Buyer Corporation and Sky Island Capital for pre-closing breaches of the Settlement Agreement.[3] Bobrick has reasonably and repeatedly requested that counsel for Scranton Products provide this information, but they have declined.

Respectfully submitted,

Carl W. Hittinger

cc:   All counsel of record (via ECF)

   Lisa Lathrop, Esq. (by email and first-class mail)
   Jones Day
   110 N. Wacker Dr., Suite 4800
   Chicago, Ill 60606
   lslathrop@jonesday.com
   312.782.3939

---

[2] Scranton Products' counsel Winston & Strawn cannot also represent Plastic Partitions Buyer Corporation because such a dual representation would pose unwaivable conflicts.

[3] This issue is relevant to which entity is ultimately liable for damages and other monetary relief under the Settlement Agreement for breaches thereof, including the breach action currently pending with the Court.